UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-221-MOC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT LESLIE STENCIL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Recusal of the undersigned.[1] (Doc. No. 662). A federal judge "shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). "He shall also disqualify himself in the following circumstances: (1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding…." 28 U.S.C. § 455(b)(1).

Plaintiff makes no showing as to partiality, bias, personal knowledge or any other basis warranting recusal. Nor does the record reflect any such basis.

Defendant's pro se Motion for Recusal (Doc. No. 662) is **DENIED**.

**SO ORDERED**.

Signed: November 18, 2024

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge

---

[1] The Court makes no determination on the motion for recusal as it relates to additional judges named in the motion.